George SCHULTZ, Appellant, v. UNITED STATES of America.
No. 13759.

Circuit Court of Appeals.
Eighth Circuit.
June 29, 1948.

Ben F. Turner, of St. Louis, Mo., and Bon McCourtney, of Jonesboro, Ark., for appellant.

James T. Gooch, U. S. Atty., and G. D. Walker, Asst. U. S. Atty., both of Little Rock, Ark., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellee.